**No. 65427.**—The Arrow Upholstery Co. et al. *v.* United States, protests 58/7455, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, APRIL 11, 1961

**No. 65428.**—Border Brokerage Company et al. *v.* United States, protests 272587–K, etc. (Seattle).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon gill nets similar in all material respects to those the subject of Abstract 63947, the claim of the plaintiffs was sustained.

**No. 65429.**—Japan America Trading Agency, Inc., et al. *v.* United States, protests 297785–K, etc. (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the items marked "A" consist of fish netting similar in all material respects to that involved in Abstract 63947, the merchandise was held dutiable at 30 or 25 percent, depending upon the date of entry, under the provision in paragraph 923, as modified, for cotton fishing nets, by similitude. The items marked "B," stipulated to consist of synthetic cord or twine similar in all material respects to the component material of the fish nets involved in said Abstract 63947, were held dutiable, depending upon the date of entry, at 35 percent under paragraph 912 of the act as synthetic cord or twine, similar in use to cotton cords, or at 33, 31½, or 30 percent under said paragraph, as modified.